**Daniel Thomas MARKSBURY**

v.

**Jessica Marie MARKSBURY.**

No. 2016–CJ–0526.

Supreme Court of Louisiana.

March 24, 2016.

In re Daniel Thomas Marksbury;— Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. K, No. 2012–8386; to the Court of Appeal, Fourth Circuit, No. 2016–C–0070;

Granted. The district court abused its discretion in failing to give sufficient weight to the domiciliary parent's decision not to permit the child to travel outside of the country. See La. R.S. 9:335(B)(3). Accordingly, the judgment of the district court allowing the child to travel to Mexico and ordering the parties to cooperate in obtaining a new passport for the child is reversed. Any rehearing from this order shall be filed in this court no later than noon on Monday, March 28, 2016.

WEIMER, J., dissents and assigns reasons.

GUIDRY, J., dissents and would deny the writ application.

WEIMER, J., dissenting.

I respectfully dissent. I would consider the merits of this matter only after evaluating an opposition from the respon-dent. The ruling of the trial court should not be summarily reversed without both parties being afforded an opportunity to present their sides of the case, especially given the fact that this court does not have the benefit of the record and, thus, is not in a position to determine whether the trial court abused its great discretion in evaluating the evidence and the credibility of the witnesses. Due process demands no less. *See* La. Const. art. I, § 2.

GUIDRY, J., dissents and would deny the writ application.